I concur in the scholarly main opinion. While § 6-5-551, Ala. Code 1975, as amended effective May 9, 2000, does not prohibit the discovery or proof of acts or omissions against victims other than the plaintiff, this legislation does require that an act or omission against another victim must be pleaded with "a detailed specification and factual description" before it can be discovered or proved. This legislative mandate would seem to require, as a necessary part of the "detailed specification and factual description" of the act or omission, an identification of both the alleged wrongdoer and the alleged victim, either by name or by reasonably certain generic description, in order to distinguish that particular act or omission from others of the same kind. While the pleading in the case before us is obviously sufficient in its allegations of wrongful acts or omissions against Mrs. Roper, the pleadings do not isolate any other particular act or omission by any particular identified wrongdoer against any particular identified victim other than Mrs. Roper.